**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | BEAU <br> First name <br><br> ASHLEY <br> Middle name | ASHLEY <br> First name <br><br> NICOLE <br> Middle name |
| | Bring your picture identification to your meeting with the trustee. | BRANNOCK <br> Last name and Suffix (Sr., Jr., II, III) | BRANNOCK <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5907 | xxx-xx-0115 |

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main Document    Page 1 of 82

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | 2970 Hartsville Pike<br>Lebanon, TN 37087<br>Number, Street, City, State & ZIP Code<br><br>Wilson<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes.

| District | When | Case number |
|---|---|---|
| MIDDLE DISTRICT OF TN - DISMISSED CH. 13 | 6/22/15 | 3:15-BK-04245 |
| WESTERN DIST OF KY-DISMISSED CHAPTER 13 | 10/10/12 | 1:12-bk-11345 |
| MID DISTRICT OF TN-CHAPTER 7 DISCHARGED | 12/09/08 | 3:08-bk-11591 |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

---

**11. Do you rent your residence?**

☐ No.    Go to line 12.

■ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

- ■ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | You must check one:<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | You must check one:<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Case 3:17-bk-01691    Doc 1    Filed 03/10/17    Entered 03/10/17 16:21:15    Desc Main
Document      Page 5 of 82

## Part 6:    Answer These Questions for Reporting Purposes

**16.  What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17.  Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.  How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.  How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.  How much do you estimate your liabilities to be?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ BEAU ASHLEY BRANNOCK                          /s/ ASHLEY NICOLE BRANNOCK
_____                   _____
BEAU ASHLEY BRANNOCK                              ASHLEY NICOLE BRANNOCK
Signature of Debtor 1                             Signature of Debtor 2

Executed on  March 10, 2017                        Executed on  March 10, 2017
             _____                                   _____
             MM / DD / YYYY                                     MM / DD / YYYY

Debtor 1  BEAU ASHLEY BRANNOCK

Debtor 2  ASHLEY NICOLE BRANNOCK

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ David F. Cannon
_____
Signature of Attorney for Debtor

Date  March 10, 2017
_____
MM / DD / YYYY

David F. Cannon
_____
Printed name

LAW OFFICE OF DAVID F CANNON
_____
Firm name

ATTORNEYS AT LAW
346 21ST AVE NORTH
Nashville, TN 37203
_____
Number, Street, City, State & ZIP Code

Contact phone  (615) 321-8787
_____

Email address  dcannon@davidcannon.net
_____

_____
Bar number & State

# United States Bankruptcy Court
## Middle District of Tennessee

In re   BEAU ASHLEY BRANNOCK
       ASHLEY NICOLE BRANNOCK

                  Debtor(s)

Case No. _____

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 2,500.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
         I have agreed to accept a fee as stated above for routine bankruptcy services normally rendered for Chapter 7 clients in the Middle District of Tennessee U.S. Bankruptcy Court as described in the Attorney-Client Representation Agreement.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Services excluded are non-routine services not normally rendered for Chapter 7 clients in the Middle District of Tennessee U.S. Bankruptcy Court as described in the Attorney-Client Representation Agreement.

---

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| March 10, 2017 | /s/ David F. Cannon |
| *Date* | David F. Cannon |
| | *Signature of Attorney* |
| | LAW OFFICE OF DAVID F CANNON |
| | ATTORNEYS AT LAW |
| | 346 21ST AVE NORTH |
| | Nashville, TN 37203 |
| | (615) 321-8787 Fax: (615) 620-7340 |
| | dcannon@davidcannon.net |
| | *Name of law firm* |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | BEAU ASHLEY BRANNOCK |
| | First Name       Middle Name       Last Name |
| Debtor 2 | ASHLEY NICOLE BRANNOCK |
| (Spouse if, filing) | First Name       Middle Name       Last Name |

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an
    amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................... $     0.00

   1b. Copy line 62, Total personal property, from Schedule A/B......................................... $     17,760.53

   1c. Copy line 63, Total of all property on Schedule A/B.................................................. $     17,760.53

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $     23,249.99

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. $     4,582.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... $     26,169.40

| | **Your total liabilities** $     54,001.39 |
|---|---|

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................ $     4,555.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*...................................................... $     3,870.00

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 5,057.97

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 4,582.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 4,582.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document      Page 10 of 82

## Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | BEAU ASHLEY BRANNOCK | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | ASHLEY NICOLE BRANNOCK | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number _____

☐ Check if this is an
amended filing

# Official Form 106A/B
# Schedule A/B: Property                                           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

### Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: | KIA | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | SPECTRA | ☐ Debtor 1 only | | |
| | Year: | 2006 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | 131,000 | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | $2,100.00 | $2,100.00 |

| 3.2 | Make: | MAZDA | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | 5 | ☐ Debtor 1 only | | |
| | Year: | 2013 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | 60,000 | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | $12,050.00 | $12,050.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document      Page 11 of 82

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here...........................................................=>          $14,150.00

---

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| SEE ATTACHED LIST | $1,280.00 |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
    including cell phones, cameras, media players, games
    ■ No
    ☐ Yes.  Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles
    ☐ No
    ■ Yes.  Describe.....

| SEE ATTACHED LIST | $50.00 |

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments
    ☐ No
    ■ Yes.  Describe.....

| SEE ATTACHED LIST | $140.00 |

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11.  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| CLOTHING | $200.00 |

12.  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| SEE ATTACHED LIST | $20.00 |

13.  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No

☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here ............................................................................

| $1,690.00 |

---

| **Part 4:** | **Describe Your Financial Assets** |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes......................................................................................................

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes......................        Institution name:

| | 17.1. | CHECKING | FSNB | $5.00 |
| --- | --- | --- | --- | --- |
| | 17.2. | CHECKING | WILSON BANK AND TRUST | $1,915.53 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes.  Give specific information about them...................
Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.
Type of account:                Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................        Institution name or individual:

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ☑ No
- ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☑ No
- ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☑ No
- ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ☑ No
- ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☑ No
- ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☑ No
- ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value.
          Company name:                              Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☑ No
- ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☑ No
- ☐ Yes.  Describe each claim.........

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

☑ No

☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...........................................................................................................

$1,920.53

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes.  Go to line 38.

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

$0.00

---

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55.  **Part 1: Total real estate, line 2** ................................................................................................... | | $0.00 |
| 56.  **Part 2: Total vehicles, line 5** | $14,150.00 | |
| 57.  **Part 3: Total personal and household items, line 15** | $1,690.00 | |
| 58.  **Part 4: Total financial assets, line 36** | $1,920.53 | |
| 59.  **Part 5: Total business-related property, line 45** | $0.00 | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61.  **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62.  **Total personal property.** Add lines 56 through 61... | $17,760.53 | Copy personal property total      $17,760.53 |
| 63.  **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $17,760.53 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# SCHEDULE B: PERSONAL PROPERTY – HOUSEHOLD INVENTORY

The US Bankruptcy Code requires a complete disclosure of all personal property including items purchased, found, or received as gifts. **Replacement value** is to be used when valuing your household goods. **Replacement value** means the price that a retail merchant would charge you for property of that kind considering the age and condition of the property. Therefore, if you are valuing your 10 year-old stove, then you should consider how much a retailer would charge for a 10 year-old stove in the same condition as yours. You may wish to photograph or videotape the items in your home for verification purposes, but this is not required.

All information that you are required to provide with a Bankruptcy Petition and thereafter during your Bankruptcy Case is required to be complete, accurate, and truthful. Information that you provide may be audited, and failure to provide such information may result in the dismissal of your Bankruptcy Case or other sanctions, including criminal prosecution.

..........................................................................................................

Please fill in the charts below listing any additional articles as applicable.

Mark ☒ if article was purchased with a secured loan within the last year.

## 4. APPLIANCES

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Stove | | | ☐ Convection Oven | | |
| ☒ Microwave | 1 | 15.00 | ☐ Barbeque Grill | | |
| ☐ Refrigerator | | | ☐ Freezer | | |
| ☐ Dishwasher | | | ☒ Washer | 1 | 50.00 |
| ☐ Dryer | | | ☐ Air Conditioner | | |
| ☐ Wood Burning Stove | | | ☒ Space Heater | 2 | 20.00 |
| ☐ Gas Logs | | | ☐ Sewing Machine | | |
| ☒ Vacuum | 2 | 20.00 | ☐ Carpet Cleaner | | |
| ☐ Floor Buffer | | | ☐ | | |
| ☐ | | | ☐ | | |
| ☐ | | | ☐ | | |
| ☐ | | | ☐ | | |
| ☐ | | | **APPLIANCES** | **TOTAL** | **$105.00** |

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Toaster Oven | | | ☒ Toaster | 1 | 5.00 |
| ☒ Blender | 1 | 5.00 | ☒ Mixer | 1 | 5.00 |
| ☒ Can Opener | 1 | 5.00 | ☐ Deep Fryer | | |
| ☒ Crock Pot | 1 | 10.00 | ☐ Electric Frying Pan | | |
| ☐ Electric Knife | | | ☐ Coffee Maker | | |
| ☐ Percolator | | | ☐ Iced Tea Maker | | |
| ☐ Humidifier | | | ☐ Dehumidifier | | |
| ☐ Iron | | | ☒ Fan | 2 | 15.00 |
| ☐ Steamer | | | ☐ Hand Vacuum | | |
| ☐ | | | ☐ | | |
| ☐ | | | ☐ | | |
| ☐ | | | **SMALL APPLIANCES** | **TOTAL** | **$45.00** |

## 4: ELECTRONICS

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☑ Television | 3 | $ 250 | ☐ Satellite Dish | | $ |
| ☐ Surround Sound | | $ | ☐ Stereo System | | $ |
| ☐ Portable Stereo | | $ | ☐ Radio | | $ |
| ☐ VCR | | $ | ☑ DVD Player | 2 | $ 20 |
| ☐ VCR/DVD Combo | | $ | ☐ CD Player | | $ |
| ☐ I-Pod | | $ | ☐ Palm Pilot | | $ |
| ☐ MP3 Player | | $ | ☐ Nintendo | | $ |
| ☐ Nintendo64 | | $ | ☐ PlayStation | | $ |
| ☑ PlayStation-III | 1 | $ 110 | ☐ X-Box | | $ |
| ☑ Computer | 1 | $ 50 | ☐ Laptop | | $ |
| ☐ e-machine | | $ | ☐ Printer | | $ |
| ☐ Scanner | | $ | ☐ Fax Machine | | $ |
| ☐ Photocopier | | $ | ☐ Typewriter | | $ |
| ☑ Telephone | | $ 10 | ☑ Cell Phone | 1 | $ 40 |
| ☐ Answering Machine | | $ | ☐ Pager | | $ |
| ☐ Alarm Clock | | $ | ☐ Clock Radio | | $ |
| ☐ Clock | | $ | ☐ CB Radio | | $ |
| ☐ Police Scanner | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | **ELECTRONICS** | **TOTAL** | $ 480 |

## 4: KITCHEN

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Breakfast Table | | $ | ☐ Breakfast Chairs | | $ |
| ☑ Kitchen Table | 1 | $ 10 | ☐ Kitchen Chairs | | $ |
| ☐ Bar | | $ | ☑ Bar Stools | 2 | $ 20 |
| ☑ Microwave Cart/Table | 1 | $ 10 | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | **KITCHEN** | **TOTAL** | $ 40 |

## 4: KITCHENWARE

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Dinnerware/Dishes | | $ | ☑ Glassware/Cups | | $ 5 |
| ☑ Flatware | Set | $ 10 | ☑ Cooking Ware | | $ 5 |
| ☑ Pots/Pans | Set | $ 15 | ☑ Utensils | | $ 5 |
| ☑ Knives | 1 | $ 5 | ☐ Wine Rack | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | **KITCHENWARE** | **TOTAL** | $ 45 |

## 4: DINING ROOM

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Dining Room Table | | $ | ☐ Dining Room Chairs | | $ |
| ☐ China Cabinet/Hutch | | $ | ☐ Buffet | | $ |
| ☐ Tea Carts | | $ | ☐ Servers | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | **DINING ROOM** | **TOTAL** | $ N/A |

| 4: LIVING ROOM | | | | | |
|---|---|---|---|---|---|
| **Article** | **Quantity** | **Value** | **Article** | **Quantity** | **Value** |
| ☑ Couch | 2 | $ 40 | ☐ Sofa | | $ |
| ☐ Loveseat | | $ | ☐ Chair | | $ |
| ☑ Recliner | | $ 5 | ☑ Rocker / Glider | | $ 10 |
| ☐ Benches | | $ | ☐ Ottoman / Footstool | | $ |
| ☑ Coffee Table | | $ 5 | ☐ End Table | | $ |
| ☑ Entertainment Center | | $ 50 | ☐ TV Cart / Stand | | $ |
| ☐ Curio Cabinet | | $ | ☐ Bookcase | | $ |
| ☐ Desk | | $ | ☐ Fireplace Set | | $ |
| ☐ Folding / Card Table | | $ | ☐ | | $ |
| ☐ | | $ | **LIVING ROOM** | **TOTAL** | $ 110 |

| 4: DEN OR FAMILY ROOM | | | | | |
|---|---|---|---|---|---|
| **Article** | **Quantity** | **Value** | **Article** | **Quantity** | **Value** |
| ☐ Couch | | $ | ☐ Sofa | | $ |
| ☐ Loveseat | | $ | ☐ Chair | | $ |
| ☐ Recliner | | $ | ☐ Rocker / Glider | | $ |
| ☐ Benches | | $ | ☐ Ottoman / Footstool | | $ |
| ☐ Coffee Table | | $ | ☐ End Table | | $ |
| ☐ Entertainment Center | | $ | ☐ TV Cart / Stand | | $ |
| ☐ Curio Cabinet | | $ | ☐ Bookcase | | $ |
| ☐ Desk | | $ | ☐ Fireplace Set | | $ |
| ☐ Folding / Card Table | | $ | ☐ | | $ |
| ☐ | | $ | **DEN/FAMILY ROOM** | **TOTAL** | $ N/A |

| 4: BEDROOM 1 | | | | | |
|---|---|---|---|---|---|
| **Article** | **Quantity** | **Value** | **Article** | **Quantity** | **Value** |
| ☐ Bedroom Suite | | $ | ☑ Bed Frame | | $ 5 |
| ☑ Box Springs | | $ 10 | ☑ Mattress | | $ 150 |
| ☐ Futon | | $ | ☐ Day Bed | | $ |
| ☐ Night Stand | | $ | ☑ Dresser | 2 | $ 20 |
| ☐ Chest of Drawer | | $ | ☐ Armoire | | $ |
| ☐ Cedar / Hope Chest | | $ | ☐ Vanity | | $ |
| ☐ Mirror | | $ | ☐ Crib | | $ |
| ☐ Bassinette | | $ | ☐ Toy Chest | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | **BEDROOM 1** | **TOTAL** | $ 185 |

| 4: BEDROOM 2 | | | | | |
|---|---|---|---|---|---|
| **Article** | **Quantity** | **Value** | **Article** | **Quantity** | **Value** |
| ☐ Bedroom Suite | | $ | ☑ Bed Frame | | $ 5 |
| ☐ Box Springs | | $ | ☑ Mattress | | $ 15 |
| ☐ Futon | | $ | ☐ Day Bed | | $ |
| ☐ Night Stand | | $ | ☑ Dresser | | $ 10 |
| ☐ Chest of Drawer | | $ | ☐ Armoire | | $ |
| ☐ Cedar / Hope Chest | | $ | ☐ Vanity | | $ |
| ☐ Mirror | | $ | ☐ Crib | | $ |
| ☐ Bassinette | | $ | ☑ Toy Chest | 2 | $ 25 |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | **BEDROOM 2** | **TOTAL** | $ 55 |

| 4: BEDROOM 3 | | | | | |
|---|---|---|---|---|---|
| Article | Quantity | Value | Article | Quantity | Value |
| ☐ Bedroom Suite | | $ | ☐ Bed Frame | | $ |
| ☐ Box Springs | | $ | ☐ Mattress | | $ |
| ☐ Futon | | $ | ☐ Day Bed | | $ |
| ☐ Night Stand | | $ | ☐ Dresser | | $ |
| ☐ Chest of Drawer | | $ | ☐ Armoire | | $ |
| ☐ Cedar / Hope Chest | | $ | ☐ Vanity | | $ |
| ☐ Mirror | | $ | ☐ Crib | | $ |
| ☐ Bassinette | | $ | ☐ Toy Chest | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | BEDROOM 3 | TOTAL | $ N/A |

| 4: BEDROOM 4 | | | | | |
|---|---|---|---|---|---|
| Article | Quantity | Value | Article | Quantity | Value |
| ☐ Bedroom Suite | | $ | ☐ Bed Frame | | $ |
| ☐ Box Springs | | $ | ☐ Mattress | | $ |
| ☐ Futon | | $ | ☐ Day Bed | | $ |
| ☐ Night Stand | | $ | ☐ Dresser | | $ |
| ☐ Chest of Drawer | | $ | ☐ Armoire | | $ |
| ☐ Cedar / Hope Chest | | $ | ☐ Vanity | | $ |
| ☐ Mirror | | $ | ☐ Crib | | $ |
| ☐ Bassinette | | $ | ☐ Toy Chest | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | BEDROOM 4 | TOTAL | $ N/A |

| 4: MISCELLANEOUS | | | | | |
|---|---|---|---|---|---|
| Article | Quantity | Value | Article | Quantity | Value |
| ☑ Lamps | 3 | $ 15 | ☐ Vases | | $ |
| ☐ Mirrors | | $ | ☐ Pictures | | $ |
| ☐ Blinds | | $ | ☐ Drapery/Curtains | | $ |
| ☐ Window Treatments | | $ | ☐ Rugs | | $ |
| ☑ Bath Mats | 1 | $ 5 | ☐ Shower Treatments | | $ |
| ☑ Laundry Baskets | 3 | $ 20 | ☐ Ironing Boards | | $ |
| ☑ Brooms & Mops | 1 | $ 5 | ☐ Buckets | | $ |
| ☐ Luggage | | $ | ☐ Gun Cabinet | | $ |
| ☐ Gun Rack | | $ | ☑ Carriage/Stroller | 1 | $ 10 |
| ☑ Child Car Seat | 2 | $ 25 | ☑ Playpen | 1 | $ 10 |
| ☑ Christmas Tree | 1 | $ 25 | ☐ | | $ |
| ☐ | | $ | MISCELLANEOUS | TOTAL | $ 115 |

| 4: LINENS | | | | | |
|---|---|---|---|---|---|
| Article | Quantity | Value | Article | Quantity | Value |
| ☑ Bed Spreads | | $ 5 | ☑ Comforters | 2 | $ 10 |
| ☑ Blankets | 2 | $ 20 | ☐ Quilts | | $ |
| ☑ Sheets | 4 | $ 40 | ☑ Pillows | | $ 10 |
| ☑ Pillowcases | | $ 5 | ☑ Towels | | $ 10 |
| ☑ Wash Cloths | | $ | ☐ Table Cloths | | $ |
| ☐ Table Linens/Napkins | | $ | ☐ | | $ |
| ☐ | | $ | LINENS | TOTAL | $ 100 |

## 4: HOME OFFICE

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Desk | | $ | ☐ Chair | | $ |
| ☐ File Cabinets | | $ | ☐ Bookcase | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | HOME OFFICE | TOTAL | $ N/A |

## 4: MUSICAL

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Piano | | $ | ☐ Organ | | $ |
| ☐ String: | | $ | ☐ String: | | $ |
| ☐ Wind: | | $ | ☐ Wind: | | $ |
| ☐ Brass: | | $ | ☐ Brass: | | $ |
| ☐ Percussion: | | $ | ☐ Percussion: | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | MUSICAL | TOTAL | $ N/A |

## 4: LAWN AND GARDEN

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Patio Furniture | | $ | ☐ Chaise Lounge | | $ |
| ☐ Chairs/Benches | | $ | ☐ Lawnmower – Push | | $ |
| ☐ Lawnmower – Riding | | $ | ☐ Wheelbarrow | | $ |
| ☐ Hand Tools | | $ | ☐ Power Tools | | $ |
| ☐ Garden Hose | | $ | ☐ Weed Eater | | $ |
| ☐ Leaf Blower | | $ | ☐ Snow Blower | | $ |
| ☐ Tiller | | $ | ☐ Plants/Flowers | | $ |
| ☐ Outbuilding | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | LAWN & GARDEN | TOTAL | $ N/A |

## 5: COLLECTIONS AND COLLECTIBLES

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Books | | $ | ☐ Prints | | $ |
| ☐ Pictures | | $ | ☐ Artwork | | $ |
| ☐ Stamps | | $ | ☐ Coins | | $ |
| ☐ Video Tapes | | $ | ☐ DVDs | | $ |
| ☑ Compact Disks | | $ 30 | ☐ Cassette Tapes | | $ |
| ☑ Game Cartridges | | $ 20 | ☐ China | | $ |
| ☐ Stemware | | $ | ☐ Silverware | | $ |
| ☐ Tea Sets | | $ | ☐ Curios | | $ |
| ☐ Holiday Ornaments | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | COLLECTIONS | TOTAL | $ 30 |

## 6: WEARING APPAREL

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☑ Clothing - Male | | $ 50 | ☐ Hats - Male | | $ |
| ☐ Coats - Male | | $ | ☑ Ties/Belts - Male | | $ 10 |
| ☑ Shoes - Male | | $ 30 | ☑ Miscellaneous - Male | | $ 30 |
| ☐ | | $ | **APPAREL – MALE** | **TOTAL** | $ 110 |
| **Article** | **Quantity** | **Value** | **Article** | **Quantity** | **Value** |
| ☑ Clothing - Female | | $ 50 | ☐ Hats - Female | | $ |
| ☐ Coats - Female | | $ | ☐ Ties/Belts - Female | | $ |
| ☑ Shoes - Female | | $ 40 | ☑ Purses - Female | 2 | $ 40 |
| ☐ Misc - Female | | $ | ☐ | | $ |
| ☐ | | $ | **APPAREL – FEMALE** | **TOTAL** | $ 130 |
| **Article** | **Quantity** | **Value** | **Article** | **Quantity** | **Value** |
| ☑ Clothing - Children | | $ 100 | ☐ Hats - Children | | $ |
| ☐ Coats - Children | | $ | ☐ Ties/Belts - Children | | $ |
| ☑ Shoes - Children | | $ 50 | ☐ Misc - Children | | $ 50 |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | **APPAREL – CHILDREN** | **TOTAL** | $ 200 |

## 7: JEWELRY AND FURS

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Furs | | $ | ☑ Wedding Band – Male | | $ 20 |
| ☐ Wedding Band–Female | | $ | ☐ Wedding Ring–Female | | $ |
| ☐ Ring - Male | | $ | ☐ Ring – Female | | $ |
| ☐ Necklace – Male | | $ | ☐ Necklace – Female | | $ |
| ☐ Bracelet – Male | | $ | ☐ Bracelet – Female | | $ |
| ☐ Earrings – Male | | $ | ☐ Earrings – Female | | $ |
| ☐ Body Jewelry – Male | | $ | ☐ Body Jewelry- Female | | $ |
| ☐ Watch – Male | | $ | ☐ Watch – Female | | $ |
| ☐ Charm | | $ | ☐ Broach | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | **JEWELRY & FURS** | **TOTAL** | $ 20 |

## 8: FIREARMS, CAMERAS, SPORTS, EXERCISE AND HOBBY EQUIPMENT

| Article | Quantity | Value | Article | Quantity | Value |
|---|---|---|---|---|---|
| ☐ Firearms | | $ | ☐ Polaroid Cameras | | $ |
| ☐ 35mm Cameras | | $ | ☑ Digital Cameras | 1 | $ 20 |
| ☐ Camcorders | | $ | ☐ Sports Equipment | | $ |
| ☐ Golf Clubs | | $ | ☐ Rods, Reels & Tackle | | $ |
| ☐ Ski Equipment | | $ | ☐ Hobby Equipment | | $ |
| ☑ Board Games | 10 | $ 30 | ☑ Toys | | $ 60 |
| ☐ Ping Pong/Pool Table | | $ | ☐ Trampolines | | $ |
| ☐ Swings | | $ | ☐ Playground Sets | | $ |
| ☑ Bicycles & Tricycles | 2 | $ 30 | ☐ Scooters | | $ |
| ☐ Exercise Equipment | | $ | ☐ Treadmill | | $ |
| ☐ Stair Stepper | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | ☐ | | $ |
| ☐ | | $ | **FIREARMS, ETC** | **TOTAL** | $ 140 |

| | |
|---|---|
| Debtor 1 | BEAU ASHLEY BRANNOCK |
| | First Name      Middle Name      Last Name |
| Debtor 2 | ASHLEY NICOLE BRANNOCK |
| (Spouse if, filing) | First Name      Middle Name      Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number
(if known) _____

☐ Check if this is an
    amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt     4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2006 KIA SPECTRA 131,000 miles<br>Line from *Schedule A/B*: 3.1 | $2,100.00 | ■              $1,020.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| 2013 MAZDA 5 60,000 miles<br>Line from *Schedule A/B*: 3.2 | $12,050.00 | ■              $1,075.21<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| SEE ATTACHED LIST<br>Line from *Schedule A/B*: 6.1 | $1,280.00 | ■              $1,280.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| SEE ATTACHED LIST<br>Line from *Schedule A/B*: 8.1 | $50.00 | ■              $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |
| SEE ATTACHED LIST<br>Line from *Schedule A/B*: 9.1 | $140.00 | ■              $140.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tenn. Code Ann. § 26-2-103 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document     Page 22 of 82

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| CLOTHING<br>Line from *Schedule A/B*: 11.1 | $200.00 | ■ | $200.00 | Tenn. Code Ann. $ 26-2-104 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| SEE ATTACHED LIST<br>Line from *Schedule A/B*: 12.1 | $20.00 | ■ | $20.00 | Tenn. Code Ann. $ 26-2-103 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| CHECKING: FSNB<br>Line from *Schedule A/B*: 17.1 | $5.00 | ■ | $5.00 | Tenn. Code Ann. $ 26-2-103 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| CHECKING: WILSON BANK AND TRUST<br>Line from *Schedule A/B*: 17.2 | $1,915.53 | ■ | $1,915.53 | Tenn. Code Ann. $ 26-2-103 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐   No

       ☐   Yes

| | |
|---|---|
| Debtor 1 | BEAU ASHLEY BRANNOCK |
| | First Name        Middle Name        Last Name |
| Debtor 2 | ASHLEY NICOLE BRANNOCK |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** ADVANCE FINANCIAL/harpeth
Creditor's Name

c/o Glen Watson, Attorney
P.O. Box 121950
Nashville, TN 37212
Number, Street, City, State & Zip Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    APRIL 2015

**Describe the property that secures the claim:**   $516.03   $2,100.00   $0.00

2006 KIA SPECTRA 131,000 miles

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Title Lien

Last 4 digits of account number

---

**2.2** INLAND BANK AND TRUST
Creditor's Name

2805 BUTTERFIELD RD
SUITE 200
Oak Brook, IL 60523
Number, Street, City, State & Zip Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**   $10,974.79   $12,050.00   $0.00

2013 MAZDA 5 60,000 miles

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | BEAU ASHLEY BRANNOCK | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | ASHLEY NICOLE BRANNOCK | | | | |
| | First Name | Middle Name | Last Name | | |

**Date debt was incurred** _____ **Last 4 digits of account number** _____

---

| 2.3 | Springleaf Financial S | Describe the property that secures the claim: | $6,707.17 | Unknown | $6,557.17 |
|---|---|---|---|---|---|

Creditor's Name

HHG'S

po box 3251
Evansville, IN 47731
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    Non-Purchase Money Security

| | Opened 4/20/12 Last Active | | |
|---|---|---|---|
| **Date debt was incurred** | 2/04/15 | **Last 4 digits of account number** | 4524 |

---

| 2.4 | Sun Loans | Describe the property that secures the claim: | $2,114.00 | Unknown | $2,114.00 |
|---|---|---|---|---|---|

Creditor's Name

HHG'S

620 Gallatin Pike
Madison, TN 37115
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    Non-Purchase Money Security

| | Opened 6/28/12 Last Active | | |
|---|---|---|---|
| **Date debt was incurred** | 12/31/12 | **Last 4 digits of account number** | 9007 |

---

| 2.5 | World Finance | Describe the property that secures the claim: | $1,469.00 | Unknown | $1,469.00 |
|---|---|---|---|---|---|

Creditor's Name

World Acceptance
Corp/Attn Bankruptcy
Po Box 6429
Greenville, SC 29606
Number, Street, City, State & Zip Code

HHG'S

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

| Debtor 1 | BEAU ASHLEY BRANNOCK | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | ASHLEY NICOLE BRANNOCK | | | | |
| | First Name | Middle Name | Last Name | | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Non-Purchase Money Security

```
           Opened
           7/01/12
           Last
           Active
Date debt was incurred  11/30/12    Last 4 digits of account number    0501
```

---

| 2.6 | World Finance | Describe the property that secures the claim: | $1,469.00 | Unknown | $1,469.00 |
|---|---|---|---|---|---|
| | Creditor's Name | HHG'S | | | |

World Acceptance
Corp/Attn Bankruptcy
Po Box 6429
Greenville, SC 29606
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Non-Purchase Money Security

```
           Opened
           7/01/12
           Last
           Active
Date debt was incurred  10/31/12    Last 4 digits of account number    7001
```

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $23,249.99 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $23,249.99 |

---

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor?  2.1 |
|---|---|---|
| | ADVANCE FINANCIAL (RA) C/O MICHAEL HODGES 1901 CHURCH STREET Nashville, TN 37203 | Last 4 digits of account number _____ |

| | Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor?  2.2 |
|---|---|---|
| | INSOLVE AUTO FUNDING C/O CAPITAL RECOVERY GROUP PO BOX 64090 Tucson, AZ 85728 | Last 4 digits of account number _____ |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
                    Document       Page 26 of 82

| Debtor 1 | BEAU ASHLEY BRANNOCK | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | ASHLEY NICOLE BRANNOCK | | | | |
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| Name, Number, Street, City, State & Zip Code<br>SPRINGLEAF FIN S<br>1312 MEMORIAL BLVD.<br>Murfreesboro, TN 37129 | On which line in Part 1 did you enter the creditor? ___2.3___<br><br>Last 4 digits of account number _____ |
| Name, Number, Street, City, State & Zip Code<br>SPRINGLEAF FIN SERVICES (RA)<br>C/O CT CORP<br>STE 2021 800 S GAY ST<br>Knoxville, TN 37929 | On which line in Part 1 did you enter the creditor? ___2.3___<br><br>Last 4 digits of account number _____ |
| Name, Number, Street, City, State & Zip Code<br>SUNLOAN<br>876 MADISON SQUARE<br>Madison, TN 37115 | On which line in Part 1 did you enter the creditor? ___2.4___<br><br>Last 4 digits of account number _____ |
| Name, Number, Street, City, State & Zip Code<br>SUNLOAN (RA)<br>C/O CAPITAL CORPORATE SERVICES, INC.<br>STE B 992 DAVIDSON DRIVE<br>Nashville, TN 37205 | On which line in Part 1 did you enter the creditor? ___2.4___<br><br>Last 4 digits of account number _____ |
| Name, Number, Street, City, State & Zip Code<br>WORLD FINANCE<br>4035 N MOUNT JULIET RD.<br>Mount Juliet, TN 37122 | On which line in Part 1 did you enter the creditor? ___2.5___<br><br>Last 4 digits of account number _____ |
| Name, Number, Street, City, State & Zip Code<br>WORLD FINANCE (RA)<br>C/O C T CORPORATION SYSTEM<br>STE 2021 800 S GAY ST<br>Knoxville, TN 37929 | On which line in Part 1 did you enter the creditor? ___2.5___<br><br>Last 4 digits of account number _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | BEAU ASHLEY BRANNOCK |
| | First Name        Middle Name        Last Name |
| Debtor 2 | ASHLEY NICOLE BRANNOCK |
| (Spouse if, filing) | First Name        Middle Name        Last Name |

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** IRS | Last 4 digits of account number _____ | $4,582.00 | $4,582.00 | $0.00 |

| |
|---|
| **2.1** IRS |
| Priority Creditor's Name |
| PO BOX 7346 |
| Philadelphia, PA |
| 19101-7346 |
| Number Street City State Zip Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____        $4,582.00        $4,582.00        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify     FED INCOME TAXES-2013

### Part 2:     List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    29668                    Best Case Bankruptcy

Case 3:17-bk-01691    Doc 1    Filed 03/10/17    Entered 03/10/17 16:21:15    Desc Main
Document      Page 28 of 82

| 4.1 | AAA STORAGE OF TENNESSEE, LLC | Last 4 digits of account number | 5186 | $325.00 |

Nonpriority Creditor's Name
218 EAST HIGH ST.
Lebanon, TN 37087
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  STORAGE FEE'S

---

| 4.2 | ADVANCE FINANCIAL | Last 4 digits of account number | | $700.00 |

Nonpriority Creditor's Name
1901 CHURCH STREET
Nashville, TN 37203
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  LOAN

---

| 4.3 | AT&T MOBILITY | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
JAMES GRUDUS ESQ.
ONE AT&T WAY ROOM 3A218
Bedminster, NJ 07921
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  NOTICE OF BANKRUPTCY

---

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document          Page 29 of 82

| 4.4 | BANK OF AMERICA | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
PO BOX 7047
Dover, DE 19903
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.5 | BARCLAYS BANK OF DELAWARE | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
125 S WEST ST
Wilmington, DE 19801
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.6 | BELK | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
PO BOX 530940
Atlanta, GA 30353
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.7 | CAPITAL ONE AUTO | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
C/O ASCENSION CAPITAL GROUP
PO BOX 201347
Arlington, TX 76006

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.8 | Capital One Auto Finance | Last 4 digits of account number  6818 | $8,338.38 |

Nonpriority Creditor's Name

3905 N Dallas Pkwy
Plano, TX 75093

Number Street City State Zip Code

**When was the debt incurred?**  Opened 12/03/10  Last Active 4/27/15

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Automobile

---

| 4.9 | CAPITAL ONE N.A. | Last 4 digits of account number  7829 | $628.00 |

Nonpriority Creditor's Name
C/O Portfolio Recovery
Associates
287 Independence
Virginia Beach, VA 23462

Number Street City State Zip Code

**When was the debt incurred?**  Opened 04/13

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  COLLECTION

---

| 4.10 | CAPITAL ONE NA | | **Last 4 digits of account number** _____ | $0.00 |

**Nonpriority Creditor's Name**
C/O BECKET AND LEE
PO BOX 3001
Malvern, PA 19355
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  NOTICE OF BANKRUPTCY

---

| 4.11 | CARSON SMITHFIELD | | **Last 4 digits of account number** 2678 | $840.62 |

**Nonpriority Creditor's Name**
PO BOX 9216
Old Bethpage, NY 11804
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  MEDICAL

---

| 4.12 | CASH EXPRESS, LLC | | **Last 4 digits of account number** 1071 | $760.00 |

**Nonpriority Creditor's Name**
C/O MARK SHARBER ATTORNEY AT LAW
1443 MEMORIAL BLVD.
Murfreesboro, TN 37129
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  PENDING CIVIL SUIT

---

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document      Page 32 of 82

| 4.1<br>3 | Cashcall Inc | Last 4 digits of account number | 2570 | $1,474.00 |

**Nonpriority Creditor's Name**

1 City Blvd W
Orange, CA 92868

Number Street City State Zip Code

**When was the debt incurred?**   Opened 4/01/12  Last
Active 7/15/12

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Unsecured

---

| 4.1<br>4 | CBNA | Last 4 digits of account number | | $0.00 |

**Nonpriority Creditor's Name**

PO BOX 550
Dickson, TN 37056

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  NOTICE OF BANKRUPTCY

---

| 4.1<br>5 | Ccs/bryant State Bank | Last 4 digits of account number | 0830 | $367.00 |

**Nonpriority Creditor's Name**

500 E 60th St N
Sioux Falls, SD 57104

Number Street City State Zip Code

**When was the debt incurred?**   Opened 1/01/12  Last
Active 8/03/12

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document      Page 33 of 82

| 4.1 6 | Ccs/first National Ban | Last 4 digits of account number | 9954 | $492.00 |

Nonpriority Creditor's Name

500 East 60th St North
Sioux Falls, SD 57104
Number Street City State Zip Code

**When was the debt incurred?** Opened 09/11  Last Active 7/09/12

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card

---

| 4.1 7 | Certfd Rcvry | Last 4 digits of account number | 5112 | $1,477.00 |

Nonpriority Creditor's Name

Po Box 808
Eau Claire, WI 54702
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Med1 02 Beaver Dam Community Hospita

---

| 4.1 8 | COMENITY BANK/LANE BRYANT | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
4590 E BROAD ST.
Columbus, OH 43213
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  NOTICE OF BANKRUPTCY

---

| 4.1 9 | CREDIT ONE BANK | **Last 4 digits of account number** | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 98875
Las Vegas, NV 89193

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  NOTICE OF BANKRUPTCY

---

| 4.2 0 | FIRST PREMIER BANK | **Last 4 digits of account number** | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

601 S MINNESOTA AVE
Sioux Falls, SD 57104

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  NOTICE OF BANKRUPTCY

---

| 4.2 1 | FNCC/Legacy Visa | **Last 4 digits of account number** | 9954 | $492.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  Opened 9/01/11  Last
Active 7/09/12

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Credit Card

---

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document      Page 35 of 82

| 4.2 2 | FOX COLLECTION CENTER | **Last 4 digits of account number** | 7900 | $120.00 |

FOX COLLECTION CENTER
Nonpriority Creditor's Name

**When was the debt incurred?**    Opened  1/01/14

FOX COLLECTION CENTER
PO BOX 528
Goodlettsville, TN
37070-0528
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Collection Attorney Springfield Radiology Assoc

---

| 4.2 3 | FRIST TN BANK | **Last 4 digits of account number** | | $0.00 |

Nonpriority Creditor's Name
1283 N. MOUNT JULIET RD.
Mount Juliet, TN 37122
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.2 4 | GECRB/JCP | **Last 4 digits of account number** | | $0.00 |

Nonpriority Creditor's Name
PO BOX 984100
El Paso, TX 79998
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   NOTICE OF BANKRUPTCY

| 4.2 5 | |
|---|---|

**GECRB/WALMART**
Nonpriority Creditor's Name
PO BOX 984100
El Paso, TX 79998
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  NOTICE OF BANKRUPTCY

---

| 4.2 6 | |
|---|---|

**GREENLEAF**
Nonpriority Creditor's Name
5610 OLD HICKORY BLVD.
Hermitage, TN 37076
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  NOTICE OF BANKRUPTCY

---

| 4.2 7 | |
|---|---|

**HEIGHTS FINANCE (RA)**
Nonpriority Creditor's Name
7707 N. KNOXVILLE AVE SUITE 201
PO BOX 9520
Peoria, IL 61612
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  0108     $0.00

**When was the debt incurred?**  Opened 11/04/11  Last Active 8/10/12

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  NOTICE OF BANKRUPTCY

---

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document      Page 37 of 82

| 4.28 | Hillcrest Credit Agn | Last 4 digits of account number | 0069 | $342.00 |

Nonpriority Creditor's Name
Attention: Bankruptcy
Department
Po Box 2220
Bowling Green, KY 42122

Number Street City State Zip Code

**When was the debt incurred?** Opened 5/01/14 Last Active 6/06/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Collection Attorney The Medical Center At Bowling

---

| 4.29 | Hillcrest Credit Agn | Last 4 digits of account number | 1517 | $230.00 |

Nonpriority Creditor's Name
Attention: Bankruptcy
Department
Po Box 2220
Bowling Green, KY 42122

Number Street City State Zip Code

**When was the debt incurred?** Opened 3/01/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Collection Attorney Gravesgilbert Clinic

---

| 4.30 | Hillcrest Credit Agn | Last 4 digits of account number | 5075 | $141.00 |

Nonpriority Creditor's Name
Attention: Bankruptcy
Department
Po Box 2220
Bowling Green, KY 42122

Number Street City State Zip Code

**When was the debt incurred?** Opened 2/01/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify Collection Attorney Gravesgilbert Clinic

---

| 4.3 1 | Hillcrest Credit Agn | Last 4 digits of account number | 5797 | $100.00 |

Nonpriority Creditor's Name
Attention: Bankruptcy
Department
Po Box 2220
Bowling Green, KY 42122
Number Street City State Zip Code

**When was the debt incurred?** Opened  5/01/14

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Collection Attorney Anesthesia Pain Spec Of Bg

---

| 4.3 2 | JC CHRISTENSEN AND ASSOC.-KOHLS | Last 4 digits of account number | 1852 | $154.83 |

Nonpriority Creditor's Name
PO BOX 519
Sauk Rapids, MN 56379
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  COLLECTION ACCOUNT

---

| 4.3 3 | KEYSTONE RECOVERY PARTNERS SERIES II | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
C/O WEINSTIEN AND RILEY PS
2001 WESTERN AVE STE 400
Seattle, WA 98121
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  NOTICE OF BANKRUPTCY

---

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document      Page 39 of 82

| 4.3 4 | LEGACY | Last 4 digits of account number | $0.00 |

**Nonpriority Creditor's Name**

PO BOX 5097
Sioux Falls, SD 57117
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  NOTICE OF BANKRUPTCY

---

| 4.3 5 | LIBERTY BELL S&L | Last 4 digits of account number | $0.00 |

**Nonpriority Creditor's Name**

1625 BEAVER RD.
Baden, PA 15005
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  NOTICE OF BANKRUPTCY

---

| 4.3 6 | LVNV FUNDING/CREDIT ONE BANK | Last 4 digits of account number | 6318 | $543.18 |

**Nonpriority Creditor's Name**

C/O CREDIT CONTROL LLC
5757 PHANTOM DRIVE STE 330
Hazelwood, MO 63042
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  COLLECTION

| 4.37 | Merrick Bk | Last 4 digits of account number | 2678 | $841.00 |

**Nonpriority Creditor's Name**

Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804

**Number Street City State Zip Code**

**When was the debt incurred?**   Opened 6/01/11  Last
Active  8/13/12

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card

---

| 4.38 | NATIONS CASH ONLINE | Last 4 digits of account number | | $777.00 |

**Nonpriority Creditor's Name**

Customer Service Fax:
1-866-379-9157

**Number Street City State Zip Code**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   LOAN

---

| 4.39 | NCO FIN/99 | Last 4 digits of account number | | $0.00 |

**Nonpriority Creditor's Name**

PO BOX 15636
Wilmington, DE 19850

**Number Street City State Zip Code**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.4 0 | | | |
|---|---|---|---|

**NES**

Nonpriority Creditor's Name
1214 CHURCH STREET
NASHVILLE, TN 37246
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.4 1 | | | |
|---|---|---|---|

**ONYX ACCEPTANCE**

Nonpriority Creditor's Name
C/O ASCENSION CAPITAL GROUP
PO BOX 201347
Arlington, TX 76006
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.4 2 | | | |
|---|---|---|---|

**ORCHARD BANK/HSBC**

Nonpriority Creditor's Name
PO BOX 810
Lake Forest, IL 60045
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE OF BANKRUPTCY

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document      Page 42 of 82

---

**4.4 3**

**Pennyrile Collection**

Nonpriority Creditor's Name

Po Box 965

Hopkinsville, KY 42241

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   8544      $57.00

**When was the debt incurred?**   Opened   5/01/14

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Collection Attorney Neonatal Services Psc

---

**4.4 4**

**PEYTON PARK**

Nonpriority Creditor's Name

C/O National Credit System

3750 Naturally Fresh Blv

Atlanta, GA 30349

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   8915      $1,484.00

**When was the debt incurred?**   Opened 06/16

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   COLLECTION

---

**4.4 5**

**PORTFOLIO RECOVERY**

Nonpriority Creditor's Name

PO BOX 12914

Norfolk, VA 23541

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**      $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.4 6 | |
|---|---|

**PRA RECEIVABLES MMGMT**

Nonpriority Creditor's Name
PO BOX 41067
Norfolk, VA 23541
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.4 7 | |
|---|---|

**PREMIER BANKCARD**

Nonpriority Creditor's Name
PO BOX 2208
Vacaville, CA 95696
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.4 8 | |
|---|---|

**Quantum3 Group LLC as agent for**

Nonpriority Creditor's Name
COMENITY BANK
PO BOX 788
Kirkland, WA 98083
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   NOTICE ONLY

---

| 4.4 9 | RADIOLOGY ALLIANCE, PC | Last 4 digits of account number | 5777 | $100.00 |

**Nonpriority Creditor's Name**
210 25TH AVE. N
SUITE 602
Nashville, TN 37203
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   MEDICAL

---

| 4.5 0 | RE: DOCKET # 2015-CV-1071 | Last 4 digits of account number | | $0.00 |

**Nonpriority Creditor's Name**
WILSON COUNTY GENERAL
SESSIONS COURT
105 East High Street
Lebanon, TN 37087
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.5 1 | RUTHERFORD CREDIT | Last 4 digits of account number | | $0.00 |

**Nonpriority Creditor's Name**
224 WEST NORTHFILED BLVD
Murfreesboro, TN 37129
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   NOTICE OF BANKRUPTCY

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| 4.5 2 | SPEEDY CASH | Last 4 digits of account number | 6806 | $1,279.30 |

Nonpriority Creditor's Name
PO BOX 101928
DEPT. 2280
Birmingham, AL 35210
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.5 3 | Springfield Radiology Assoc | Last 4 digits of account number | 7900 | $0.00 |

Nonpriority Creditor's Name
C/O FOX COLLECTION CENTER
PO BOX 528
Goodlettsville, TN
37070-0528
Number Street City State Zip Code

**When was the debt incurred?**  Opened 01/14  Last Active 7/07/15

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

---

| 4.5 4 | STONES RIVER MEDICAL GROUP | Last 4 digits of account number | 0656 | $200.00 |

Nonpriority Creditor's Name
C/O Cbscol Clark
P.O. Box 482
Clarksville, TN 37041
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document      Page 46 of 82

| 4.5 5 | SYNCHORNY BANK | | Last 4 digits of account number _____ | $0.00 |

**Nonpriority Creditor's Name**
BANKRUPTCY DEPT
PO BOX 965061
Orlando, FL 32896-5061
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.5 6 | T MOBILE | | Last 4 digits of account number   8879 | $507.13 |

**Nonpriority Creditor's Name**
PO BOX 629025
El Dorado Hills, CA 95762
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   PHONE

---

| 4.5 7 | TIME WARNER CABLE | | Last 4 digits of account number   5506 | $136.00 |

**Nonpriority Creditor's Name**
C/O Receivables Performanc
20816 44th Ave W
Lynnwood, WA 98036
Number Street City State Zip Code

**When was the debt incurred?**   Opened  4/01/15

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   COLLECTION

---

| | | |
|---|---|---|
| 4.5 8 | TIME WARNER CABLE | Last 4 digits of account number   9304   $210.00 |

**Nonpriority Creditor's Name**

C/O Mrs Bpo Llc
1930 Olney Ave
Cherry Hill, NJ 08003

Number Street City State Zip Code

**When was the debt incurred?**   Opened 10/14

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   COLLECTION

---

| | | |
|---|---|---|
| 4.5 9 | TN QUICK CASH | Last 4 digits of account number   $0.00 |

**Nonpriority Creditor's Name**

408 Suite A South Cumberland
Lebanon, TN 37087

Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   NOTICE OF BANKRUPTCY

---

| | | |
|---|---|---|
| 4.6 0 | TRISTAR SUMMIT MEDICAL CENTER | Last 4 digits of account number   4168   $1,439.96 |

**Nonpriority Creditor's Name**

PO BOX 290429
Nashville, TN 37229-0429

Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   MEDICAL

---

| 4.6 1 | TWO RIVERS EMERG. PHYS., PLLC | | Last 4 digits of account number | 1683 | $1,086.00 |

Nonpriority Creditor's Name
PO BOX 37983
Philadelphia, PA 19101-7983
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   MEDICAL

---

| 4.6 2 | VERIZON WIRELESS | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
1 VERIZON PL
Alpharetta, GA 30004
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   NOTICE OF BANKRUPTCY

---

| 4.6 3 | WILSON BANK AND TRUST | | Last 4 digits of account number | 6478 | $527.00 |

Nonpriority Creditor's Name
623 W. MAIN ST
Lebanon, TN 37087
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   OVERDRAFT FEES

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                          On which entry in Part 1 or Part 2 did you list the original creditor?

| | |
|---|---|
| BELK<br>PO BOX 981491<br>El Paso, TX 79998 | Line 4.6 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>BELLSOUTH TELECOMMUNICATIONS<br>% AT&T SERVICES INC.<br>KAREN CAVAGNARO ONE AT&T WAY<br>RM 3A 231<br>Bedminster, NJ 07921 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.3 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>CAP ONE<br>P O BOX 5253<br>Richmond, VA 23285 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.10 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>CAPITAL ONE<br>PO BOX 85520<br>Richmond, VA 23285 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.10 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>CAPITAL ONE AUTO FINANCE<br>9441 LBJ FREEWAY SUITE 350<br>Dallas, TX 75243 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.8 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>CASHCALL INC.<br>C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVE STE 400<br>Seattle, WA 98121 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.13 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>CERTIFIED RECOVERY<br>1280 W CLAIRMONT A SUITE 1<br>Eau Claire, WI 54701 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.17 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>HEIGHTS FINANCE<br>352 W. NORTHFIELD BLVD.<br>Nashville, TN 37219 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.27 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>KOHLS<br>N56 W 17000 RIDGEWOOD DRIVE<br>Menomonee Falls, WI 53051 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.32 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>LVNV FUNDING<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>Greenville, SC 29603 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.36 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>Greenville, SC 29603 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.37 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>PEYTON PARK / AGPM<br>C/O GERALD E. MOORE &<br>ASSOCIATES, PC | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.44 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

PO BOX 312057
Atlanta, GA 31131

| | Last 4 digits of account number | 608 |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| PRODUCTIVE SPECIALTY LAB<br>FOX COLLECTION CENTER<br>PO BOX 528<br>Goodlettsville, TN<br>37070-0528 | Line 4.22 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SUMMIT MEDICAL CENTER<br>C/O NPAS, INC<br>PO BOX 99400<br>Louisville, KY 40269 | Line 4.60 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number 4168 |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| SYNCHORNY BANK<br>BANKRUPTCY DEPT<br>PO BOX 965061<br>Orlando, FL 32896-5061 | Line 4.6 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| TWO RIVERS EMERGENCY<br>PHYSICIANS<br>C/O BAY AREA CREDIT SERVICE<br>PO BOX 467600<br>Atlanta, GA 31146 | Line 4.61 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number 6348 |

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 4,582.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 4,582.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 26,169.40 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 26,169.40 |

**Fill in this information to identify your case:**

Debtor 1         BEAU ASHLEY BRANNOCK
                 First Name          Middle Name          Last Name

Debtor 2         ASHLEY NICOLE BRANNOCK
(Spouse if, filing)  First Name      Middle Name          Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   TIM DAVIS | ONE YEAR HOUSE LEASE ; $1000/MONTH |

Fill in this information to identify your case:

| Debtor 1 | BEAU ASHLEY BRANNOCK | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | ASHLEY NICOLE BRANNOCK | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** <br>Name<br><br>Number     Street<br>City                    State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** <br>Name<br><br>Number     Street<br>City                    State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| Debtor 1 | BEAU ASHLEY BRANNOCK |
|---|---|
| Debtor 2 (Spouse, if filing) | ASHLEY NICOLE BRANNOCK |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (If known) _____

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | TRUCK DRIVER | |
| Employer's name | BEACON TRANSPORT, LLC | |
| Employer's address | PO BOX 40972<br>Nashville, TN 37204 | |
| How long employed there? | DECEMBER 2016 | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 4,286.97 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. $ 4,286.97 | $ 0.00 |

| | Debtor 1 | BEAU ASHLEY BRANNOCK | | Case number (if known) | |
|---|---|---|---|---|---|

Debtor 1   BEAU ASHLEY BRANNOCK
Debtor 2   ASHLEY NICOLE BRANNOCK      Case number (if known) _____

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | | 4. | $ 4,286.97 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | | |
| | 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 502.97 | $ 0.00 |
| | 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ 502.97 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | 7. | $ 3,784.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | | |
| | 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: FOOD STAMPS | 8f. | $ 771.00 | $ 0.00 |
| | 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ 771.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ 4,555.00 + $ 0.00 | = $ 4,555.00 |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J.* Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | | 12. | $ 4,555.00 | |

            **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

    ■ No.

    ☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | BEAU ASHLEY BRANNOCK |
| Debtor 2 (Spouse, if filing) | ASHLEY NICOLE BRANNOCK |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.
    ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**     ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes.  Fill out this information for each dependent.............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 1 | ☐ No  ■ Yes |
| Son | 3 | ☐ No  ■ Yes |
| Daughter | 6 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,000.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 30.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 150.00 |
| | 6d.  Other. Specify: _____ | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 300.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 350.00 |
| 10. | **Personal care products and services** | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 100.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 20.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 70.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: _____ | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d.  Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | |
| | Specify: _____ | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: _____ | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,870.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 3,870.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,555.00 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | 3,870.00 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 685.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   | Explain here: |

# United States Bankruptcy Court
## Middle District of Tennessee

In re   BEAU ASHLEY BRANNOCK
       ASHLEY NICOLE BRANNOCK

                                Debtor(s)

Case No. _____

Chapter   7

# BUSINESS INCOME AND EXPENSES

## FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

    1. Gross Income For 12 Months Prior to Filing:               $ _____ 0.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

    2. Gross Monthly Income            $ _____ 0.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

    DESCRIPTION                         TOTAL

21. Other (Specify):

    DESCRIPTION                         TOTAL

    22. Total Monthly Expenses (Add items 3-21)           $ _____ 0.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $ _____ 0.00

**Fill in this information to identify your case:**

Debtor 1    BEAU ASHLEY BRANNOCK
      First Name            Middle Name            Last Name

Debtor 2    ASHLEY NICOLE BRANNOCK
(Spouse if, filing)   First Name          Middle Name            Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number
(if known)   _____

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ BEAU ASHLEY BRANNOCK        X /s/ ASHLEY NICOLE BRANNOCK
BEAU ASHLEY BRANNOCK                ASHLEY NICOLE BRANNOCK
Signature of Debtor 1                    Signature of Debtor 2

Date   March 10, 2017               Date   March 10, 2017

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | BEAU ASHLEY BRANNOCK | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | ASHLEY NICOLE BRANNOCK | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number
(if known)  _____

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/16**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:**   **Give Details About Your Marital Status and Where You Lived Before**

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 608 PAYTON CIR. Lebanon, TN 37087 | From-To: JUNE 2014 – APRIL 2015 | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |
| 1040 SHIVE LANE APT. D1 BOWLING GREEN, | From-To: JUNE 2013-JUNE 2014 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 156 ANDERS DRIVE BOWLING GREEN, KY 4210 | From-To: JUNE 2012-JUNE 2013 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:17-bk-01691    Doc 1    Filed 03/10/17    Entered 03/10/17 16:21:15    Desc Main
Document      Page 60 of 82

## Part 2    Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

|  | **Debtor 1** Sources of income Check all that apply. | Gross income (before deductions and exclusions) | **Debtor 2** Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $4,417.72 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 |
| **For last calendar year: (January 1 to December 31, 2016 )** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $58,002.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 |
| **For the calendar year before that: (January 1 to December 31, 2015 )** | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $47,462.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $0.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

|  | **Debtor 1** Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | **Debtor 2** Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | FOOD STAMPS | $771.00 |  |  |
| **For last calendar year: (January 1 to December 31, 2016 )** | FOOD STAMPS | $3,342.00 |  |  |
| **For the calendar year before that: (January 1 to December 31, 2015 )** | FOOD STAMPS | $2,400.00 |  |  |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
     ☐ No.    Go to line 7.
     ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do

not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| IN RE: BEAU ASHLEY BRANNOCK AND ASHLEY NICOLE BRANNOCK 15-04245 | CHAPTER 13 BANKRUPTCY | MIDDLE DISTRICT OF TENNESSEE | ☐ Pending ☐ On appeal ■ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

■ No. Go to line 11.

☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:**  List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>Nashville, TN 37203 | TOTAL PAID IN APPROX $9,039.45 | STARTED 2015 | $903,945.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy
Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
Document          Page 63 of 82

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |
| Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
| --- | --- | --- |

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |
| AAA STORAGE OF TENNESSEE, LLC 218 E. HIGH ST. Lebanon, TN 37087 | BEAU AND ASHLEY BRANNOCK | NO LONGER OWN | ■ No ☐ Yes |

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.** Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes.** Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Case 3:17-bk-01691   Doc 1   Filed 03/10/17   Entered 03/10/17 16:21:15   Desc Main
                    Document        Page 65 of 82

■  No. None of the above applies.  Go to Part 12.

☐  Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■  **No**

☐  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ BEAU ASHLEY BRANNOCK                          /s/ ASHLEY NICOLE BRANNOCK
BEAU ASHLEY BRANNOCK                              ASHLEY NICOLE BRANNOCK
**Signature of Debtor 1**                         **Signature of Debtor 2**

**Date**   March 10, 2017                         **Date**   March 10, 2017

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | BEAU ASHLEY BRANNOCK |
| | First Name          Middle Name          Last Name |
| Debtor 2 | ASHLEY NICOLE BRANNOCK |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:**     **List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: ADVANCE FINANCIAL/harpeth<br><br>Description of property securing debt: 2006 KIA SPECTRA 131,000 miles | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: INLAND BANK AND TRUST<br><br>Description of property securing debt: 2013 MAZDA 5 60,000 miles | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
| Creditor's name: Springleaf Financial S<br><br>Description of property securing debt: HHG'S | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>avoid lien using 11 U.S.C. § | ☐ No<br><br>■ Yes |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

_____ 522(f) _____

| | | |
|---|---|---|
| Creditor's name: **Sun Loans** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br><br>■ Retain the property and [explain]:<br>avoid lien using 11 U.S.C. §<br>522(f) | ☐ No<br><br>■ Yes |
| Description of property **HHG'S**<br><br>securing debt: | | |

| | | |
|---|---|---|
| Creditor's name: **World Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br><br>■ Retain the property and [explain]:<br>avoid lien using 11 U.S.C. §<br>522(f) | ☐ No<br><br>■ Yes |
| Description of property **HHG'S**<br><br>securing debt: | | |

| | | |
|---|---|---|
| Creditor's name: **World Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br><br>■ Retain the property and [explain]:<br>avoid lien using 11 U.S.C. §<br>522(f) | ☐ No<br><br>■ Yes |
| Description of property **HHG'S**<br><br>securing debt: | | |

## Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | BEAU ASHLEY BRANNOCK | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | ASHLEY NICOLE BRANNOCK | | | |

| | | No | |
|---|---|---|---|
| Lessor's name: | | ☐ No | |
| Description of leased | | | |
| Property: | | ☐ Yes | |
| | | | |
| Lessor's name: | | ☐ No | |
| Description of leased | | | |
| Property: | | ☐ Yes | |

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ BEAU ASHLEY BRANNOCK  
BEAU ASHLEY BRANNOCK  
Signature of Debtor 1  

Date    March 10, 2017

**X** /s/ ASHLEY NICOLE BRANNOCK  
ASHLEY NICOLE BRANNOCK  
Signature of Debtor 2  

Date    March 10, 2017

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

```
BEAU ASHLEY BRANNOCK
2970 HARTSVILLE PIKE
LEBANON TN 37087

ASHLEY NICOLE BRANNOCK
2970 HARTSVILLE PIKE
LEBANON TN 37087

DAVID F. CANNON
LAW OFFICE OF DAVID F CANNON
ATTORNEYS AT LAW
346 21ST AVE NORTH
NASHVILLE, TN 37203

AAA STORAGE OF TENNESSEE, LLC
218 EAST HIGH ST.
LEBANON TN 37087

ADVANCE FINANCIAL
1901 CHURCH STREET
NASHVILLE TN 37203

ADVANCE FINANCIAL (RA)
C/O MICHAEL HODGES
1901 CHURCH STREET
NASHVILLE TN 37203

ADVANCE FINANCIAL/HARPETH
C/O GLEN WATSON, ATTORNEY
P.O. BOX 121950
NASHVILLE TN 37212

AT&T MOBILITY
JAMES GRUDUS ESQ.
ONE AT&T WAY ROOM 3A218
BEDMINSTER NJ 07921

BANK OF AMERICA
PO BOX 7047
DOVER DE 19903

BARCLAYS BANK OF DELAWARE
125 S WEST ST
WILMINGTON DE 19801

BELK
PO BOX 530940
ATLANTA GA 30353

BELK
PO BOX 981491
EL PASO TX 79998
```

BELLSOUTH TELECOMMUNICATIONS
% AT&T SERVICES INC.
KAREN CAVAGNARO ONE AT&T WAY RM 3A 231
BEDMINSTER NJ 07921

CAP ONE
P O BOX 5253
RICHMOND VA 23285

CAPITAL ONE
PO BOX 85520
RICHMOND VA 23285

CAPITAL ONE AUTO
C/O ASCENSION CAPITAL GROUP
PO BOX 201347
ARLINGTON TX 76006

CAPITAL ONE AUTO FINANCE
3905 N DALLAS PKWY
PLANO TX 75093

CAPITAL ONE AUTO FINANCE
9441 LBJ FREEWAY SUITE 350
DALLAS TX 75243

CAPITAL ONE N.A.
C/O PORTFOLIO RECOVERY ASSOCIATES
287 INDEPENDENCE
VIRGINIA BEACH VA 23462

CAPITAL ONE NA
C/O BECKET AND LEE
PO BOX 3001
MALVERN PA 19355

CARSON SMITHFIELD
PO BOX 9216
OLD BETHPAGE NY 11804

CASH EXPRESS, LLC
C/O MARK SHARBER ATTORNEY AT LAW
1443 MEMORIAL BLVD.
MURFREESBORO TN 37129

CASHCALL INC
1 CITY BLVD W
ORANGE CA 92868

CASHCALL INC.
C/O WEINSTEIN AND RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121

CBNA
PO BOX 550
DICKSON TN 37056

CCS/BRYANT STATE BANK
500 E 60TH ST N
SIOUX FALLS SD 57104

CCS/FIRST NATIONAL BAN
500 EAST 60TH ST NORTH
SIOUX FALLS SD 57104

CERTFD RCVRY
PO BOX 808
EAU CLAIRE WI 54702

CERTIFIED RECOVERY
1280 W CLAIRMONT A SUITE 1
EAU CLAIRE WI 54701

COMENITY BANK/LANE BRYANT
4590 E BROAD ST.
COLUMBUS OH 43213

CREDIT ONE BANK
PO BOX 98875
LAS VEGAS NV 89193

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD 57104

FNCC/LEGACY VISA
ATTN: BANKRUPTCY
PO BOX 5097
SIOUX FALLS SD 57117

FOX COLLECTION CENTER
FOX COLLECTION CENTER
PO BOX 528
GOODLETTSVILLE TN 37070-0528

FRIST TN BANK
1283 N. MOUNT JULIET RD.
MOUNT JULIET TN 37122

GECRB/JCP
PO BOX 984100
EL PASO TX 79998

GECRB/WALMART
PO BOX 984100
EL PASO TX 79998

GREENLEAF
5610 OLD HICKORY BLVD.
HERMITAGE TN 37076

HEIGHTS FINANCE
352 W. NORTHFIELD BLVD.
NASHVILLE TN 37219

HEIGHTS FINANCE (RA)
7707 N. KNOXVILLE AVE SUITE 201
PO BOX 9520
PEORIA IL 61612

HILLCREST CREDIT AGN
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 2220
BOWLING GREEN KY 42122

INLAND BANK AND TRUST
2805 BUTTERFIELD RD SUITE 200
OAK BROOK IL 60523

INSOLVE AUTO FUNDING
C/O CAPITAL RECOVERY GROUP
PO BOX 64090
TUCSON AZ 85728

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JC CHRISTENSEN AND ASSOC.-KOHLS
PO BOX 519
SAUK RAPIDS MN 56379

KEYSTONE RECOVERY PARTNERS SERIES II
C/O WEINSTIEN AND RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121

KOHLS
N56 W 17000 RIDGEWOOD DRIVE
MENOMONEE FALLS WI 53051

LEGACY
PO BOX 5097
SIOUX FALLS SD 57117

LIBERTY BELL S&L
1625 BEAVER RD.
BADEN PA 15005

LVNV FUNDING
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603

LVNV FUNDING/CREDIT ONE BANK
C/O CREDIT CONTROL LLC
5757 PHANTOM DRIVE STE 330
HAZELWOOD MO 63042

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603

MERRICK BK
ATTN: BANKRUPTCY
P.O. BOX 9201
OLD BETHPAGE NY 11804

NATIONS CASH ONLINE
CUSTOMER SERVICE FAX: 1-866-379-9157

NCO FIN/99
PO BOX 15636
WILMINGTON DE 19850

NES
1214 CHURCH STREET
NASHVILLE TN 37246

ONYX ACCEPTANCE
C/O ASCENSION CAPITAL GROUP
PO BOX 201347
ARLINGTON TX 76006

ORCHARD BANK/HSBC
PO BOX 810
LAKE FOREST IL 60045

PENNYRILE COLLECTION
PO BOX 965
HOPKINSVILLE KY 42241

PEYTON PARK
C/O NATIONAL CREDIT SYSTEM
3750 NATURALLY FRESH BLV
ATLANTA GA 30349

PEYTON PARK / AGPM
C/O GERALD E. MOORE & ASSOCIATES, PC
PO BOX 312057
ATLANTA GA 31131

PORTFOLIO RECOVERY
PO BOX 12914
NORFOLK VA 23541

PRA RECEIVABLES MMGMT
PO BOX 41067
NORFOLK VA 23541

PREMIER BANKCARD
PO BOX 2208
VACAVILLE CA 95696

PRODUCTIVE SPECIALTY LAB
FOX COLLECTION CENTER
PO BOX 528
GOODLETTSVILLE TN 37070-0528

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083

RADIOLOGY ALLIANCE, PC
210 25TH AVE. N
SUITE 602
NASHVILLE TN 37203

RE: DOCKET # 2015-CV-1071
WILSON COUNTY GENERAL SESSIONS COURT
105 EAST HIGH STREET
LEBANON TN 37087

RUTHERFORD CREDIT
224 WEST NORTHFILED BLVD
MURFREESBORO TN 37129

SPEEDY CASH
PO BOX 101928
DEPT. 2280
BIRMINGHAM AL 35210

SPRINGFIELD RADIOLOGY ASSOC
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETTSVILLE TN 37070-0528

SPRINGLEAF FIN S
1312 MEMORIAL BLVD.
MURFREESBORO TN 37129

SPRINGLEAF FIN SERVICES (RA)
C/O CT CORP
STE 2021 800 S GAY ST
KNOXVILLE TN 37929

SPRINGLEAF FINANCIAL S
PO BOX 3251
EVANSVILLE IN 47731

STONES RIVER MEDICAL GROUP
C/O CBSCOL CLARK
P.O. BOX 482
CLARKSVILLE TN 37041

SUMMIT MEDICAL CENTER
C/O NPAS, INC
PO BOX 99400
LOUISVILLE KY 40269

SUN LOANS
620 GALLATIN PIKE
MADISON TN 37115

SUNLOAN
876 MADISON SQUARE
MADISON TN 37115

SUNLOAN (RA)
C/O CAPITAL CORPORATE SERVICES, INC.
STE B 992 DAVIDSON DRIVE
NASHVILLE TN 37205

SYNCHORNY BANK
BANKRUPTCY DEPT
PO BOX 965061
ORLANDO FL 32896-5061

T MOBILE
PO BOX 629025
EL DORADO HILLS CA 95762

TIME WARNER CABLE
C/O RECEIVABLES PERFORMANC
20816 44TH AVE W
LYNNWOOD WA 98036

TIME WARNER CABLE
C/O MRS BPO LLC
1930 OLNEY AVE
CHERRY HILL NJ 08003

TN QUICK CASH
408 SUITE A SOUTH CUMBERLAND
LEBANON TN 37087

TRISTAR SUMMIT MEDICAL CENTER
PO BOX 290429
NASHVILLE TN 37229-0429

TWO RIVERS EMERG. PHYS., PLLC
PO BOX 37983
PHILADELPHIA PA 19101-7983

TWO RIVERS EMERGENCY PHYSICIANS
C/O BAY AREA CREDIT SERVICE
PO BOX 467600
ATLANTA GA 31146

VERIZON WIRELESS
1 VERIZON PL
ALPHARETTA GA 30004

WILSON BANK AND TRUST
623 W. MAIN ST
LEBANON TN 37087

WORLD FINANCE
WORLD ACCEPTANCE CORP/ATTN BANKRUPTCY
PO BOX 6429
GREENVILLE SC 29606

WORLD FINANCE
4035 N MOUNT JULIET RD.
MOUNT JULIET TN 37122

WORLD FINANCE (RA)
C/O C T CORPORATION SYSTEM
STE 2021 800 S GAY ST
KNOXVILLE TN 37929

# United States Bankruptcy Court
## Middle District of Tennessee

In re   BEAU ASHLEY BRANNOCK
       ASHLEY NICOLE BRANNOCK

Case No. _____

Chapter   7

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  March 10, 2017
             /s/ BEAU ASHLEY BRANNOCK
             BEAU ASHLEY BRANNOCK
             Signature of Debtor

Date:  March 10, 2017
             /s/ ASHLEY NICOLE BRANNOCK
             ASHLEY NICOLE BRANNOCK
             Signature of Debtor